RECEIVED IN
The Court of Appeals
Sixth District

OCT 0 7 2015

Texarkana, Texas
Debra Autrey, Clerk

 **MILLS & WILLIAMS, L.L.P.**

AUSTIN • BELTON • DALLAS • GEORGETOWN

October 5, 2015                                                                 Via first class mail

Sixth Court of Appeals
100 N. State Line Avenue #20
Texarkana, TX 75501

RE:06-14-00041-CR, 06-14-00042-CR
Jamey Justin Smith v. State of Texas

On September 23, 2015, I caused a copy of the opinion of this Court in the above referenced matter to be sent, Certified Mail, Return Receipt Requested, to Appellant, Jamey Justin Smith at his last known address. I informed Appellant of his ability to file a petition for discretionary review under Rule 68 of the Texas Rules of Appellant Procedure. I have enclosed a copy of the return receipt, which indicates the letter was delivered on September 28, 2015

If you have any questions, please feel free to contact me. Thanks for your attention to this matter.

Sincerely,

Nancy Kennedy
Attorney for Appellant

5910 N. CENTRAL EXPRESSWAY, SUITE 980  DALLAS, TEXAS 75206 P 214.265.9265  F 214.363.3167
www.millsandwilliams.com

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Romero* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>B Romero    9 28 15 |

1. Article Addressed to:

Jamey Justin Smith
#01916017
1034 Hwy 36
Brazoria, TX 77422

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)  7005 2570 0000 6842 2235

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540